# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-19-00504-CR

**Tiffany Wade, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE 427TH DISTRICT COURT OF TRAVIS COUNTY
### NO. D-1-DC-18-202900, THE HONORABLE TAMARA NEEDLES, JUDGE PRESIDING

## O R D E R

**PER CURIAM**

Appellant's brief on appeal was due September 16, 2020. On counsel's motion, the time for filing was extended to November 16, 2020. Appellant's counsel has now filed a second motion, requesting that the Court extend the time for filing appellant's brief. We grant the motion for extension of time and order appellant to file a brief no later than January 19, 2021. No further extension of time will be granted and failure to comply with this order will result in the referral of this case to the trial court for a hearing under Rule 38.8(b) of the Texas Rules of Appellate Procedure.

It is ordered on November 24, 2020.

Before Chief Justice Rose, Justices Baker and Kelly

Do Not Publish